UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| FELICIANO M. RODRIGUEZ,<br><br>           Petitioner,<br><br>   v.<br><br>URIBE, JR.,<br><br>           Respondent. | ) CV 12-782-JSL (SH)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

    IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and the action is dismissed with prejudice.

DATED: Sept. 23, 2013

*Spencer Letts*

                         J. SPENCER LETTS
                   UNITED STATES DISTRICT JUDGE